### 70655. MALONE v. THE STATE.
(334 SE2d 222)

BANKE, Chief Judge.

This is an appeal from a probation revocation. Because the appellant has not followed the discretionary appeal procedures set forth in OCGA § 5-6-35 (b, c, & d), as required by OCGA § 5-6-35 (a) (5), the appeal is hereby dismissed for lack of jurisdiction.

*Appeal dismissed. McMurray, P. J., and Benham, J., concur.*

DECIDED JULY 9, 1985.

Sebastian Malone, *pro se.*

*William A. Foster III, District Attorney*, for appellee.